# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| MARY LOUISE WACTOR, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. 1:21-CV-00170-MJT |
| § | |
| v. § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| *Defendant*. § | |

## ORDER

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 19, 2023, the report of the Magistrate Judge (Dkt. #21) was entered containing proposed findings of fact and recommending that Wactor's case be remanded.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately, remanding this action to the Commissioner for further administrative proceedings.

**SIGNED this 12th day of March, 2023.**

Michael J. Truncale
United States District Judge