**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| MARY LOUISE WACTOR, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO.  1:21-CV-00170-MJT |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Pending is the Plaintiff, Mary Louise Wactor's, *Agreed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act* (Doc. No. 24).   Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted.  (Doc. No. 25.)  Neither party filed objections to the magistrate judge's report.  It is therefore

**ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Plaintiff's motion (Doc. No. 24) is **GRANTED**.  It is further

**ORDERED** that the Commissioner of Social Security pay Mary Louise Wactor, in care of her attorney, Howard Olinksy, an attorney fee in the amount of $6,479, and it should be mailed to: Mary Louise Wactor, in care of her attorney, Howard Olinsky, Olinsky Law Group – Syracuse, 250 South Clinton Street, Suite 210, Syracuse, NY 13202.  This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney.  If successful at the administrative level, Plaintiff is granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 14th day of September, 2023.**

*Michael J. Truncale*

Michael J. Truncale
United States District Judge